IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ANY ELECTRONIC DEVICES, INCLUDING CELLULAR TELEPHONES, IN THE POSSESSION OF MIGUEL BRIDGES | Docket No. 3:24-mj-35<br><br>*UNDER SEAL* |

## ORDER SEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

Signed: January 2024.

Signed: January 30, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge